UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DESMOND WITHERSPOON,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　　v.<br><br>INTERNATIONAL AMORING<br>CORPORATION,<br><br>　　　　　　　　　　　　Defendant. | **Civil Action No. 15-150 (SRC)**<br><br>**OPINION** |

**CHESLER**, District Judge

　　　This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed <u>in forma pauperis</u> without fees under 28 U.S.C. § 1915.  The Court finds that Plaintiff qualifies for <u>in forma pauperis</u> status, yet his Complaint will be dismissed.  The Court must examine Plaintiff's claim and dismiss it is frivolous or legally insufficient.  28 U.S.C. § 1915(e)(2).  Here, Plaintiff demands damages based on a cause of action of "Tolling: Limitations of Action."  No further information is provided.  As such, Plaintiff has failed to state a basis for federal subject matter jurisdiction, and he has failed to state a facially plausible claim for relief.  For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits.  An appropriate Order will be filed.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Stanley R. Chesler
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　STANLEY R. CHESLER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: January 30, 2015